LEROY MCCORMICK, BY W. F. MCCORMICK, HIS NEXT FRIEND, *Plaintiff in Error,* v. CARL S. RUSS, AS SHERIFF OF BAY COUNTY, FLORIDA, *Defendant in Error.*

Decision Filed June 16, 1921.

A Writ of Error to the Circuit Court for Bay County; D. J. Jones, Judge.

*Laird & Bailey,* for Plaintiff in Error;

*Rivers Buford,* Attorney General, and *Marvin C. McIntosh,* Assistant Attorney General, for Defendant in Error.

PER CURIAM.—This cause having heretofore been submitted to the Court upon the transcript of the record of the judgment aforesaid, and record having been seen and inspected, and the court being now advised of its judgment to be given in the premises, it seems to the Court that there is no error in said judgment; it is, therefore, considered, ordered and adjudged by the Court that the said judgment of the Circuit Court be, and the same is hereby affirmed.

All concur.